ACCEPTED
01-15-00520-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/23/2015 3:55:51 PM
CHRISTOPHER PRINE
CLERK

# NO. 01-15-00520-CR

## IN THE COURT OF APPEALS

### FIRST DISTRICT

### HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/23/2015 3:55:51 PM
CHRISTOPHER A. PRINE
Clerk

## NO. 1160719

### IN THE TRIAL COURT

### 339TH JUDICIAL DISTRICT

### HARRIS COUNTY, TEXAS

| | | |
|---|---|---|
| **CALVIN BALANDA REMO** | § | **APPELLANT** |
| **VS.** | § | |
| **THE STATE OF TEXAS** | § | **APPELLEE** |

---

## MOTION FOR EXTENSION OF TIME
## FOR FILING APPELLANT'S BRIEF

---

**ALLEN C. ISBELL**
**2016 Main St., Suite 110**
**Houston, Texas 77002**
**713/236-1000**
**Fax: 713/236-1809**
**STATE BAR NO. 10431500**
**Email:allenisbell@sbcglobal.net**

**COUNSEL ON APPEAL**

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW CALVIN BALANDA REMO, appellant, by and through his appointed counsel on appeal, and respectfully requests this Honorable Court grant an Extension of Time for Filing an Appellant's Brief. The present date for filing the Brief is October 26, 2015, and it is respectfully requested that said time be extended until December 25, 2015. For cause, appellant would show the Court as follows:

I.

On May 28, 2015, appellant was convicted of Theft, in the 339th District Court of Harris County, Texas entitled *The State of Texas vs. CALVIN BALANDA REMO*, in Cause Number 1160719 and was sentenced to twenty-eight (28) years confinement in the Texas Department of Criminal Justice, Institutional Division. No Motion for New Trial was filed and written Notice of Appeal was given May 28, 2015.

II.

Counsel is unable to timely file the Brief within the time period from the first extension of filing the Reporter's Record for the following reasons:

1.    Counsel is preparing for the following Trials:

- State vs. Aguilar, No. 1370058 (Murder)(set to begin October 26, 2015)

- State vs. Contreras, No. 1328812 (Capital Murder)(set to begin November 6, 2015)

- State vs. Morris, No. 1458287 (Aggravated Robbery)(set to begin November 6, 2015)

2. Counsel had to prepare for the following Trials:

- State vs. Simon, No. 1391357 (Capital Murder)(previously set to begin October 22, 2015)

3. Counsel has recently represented the following in court: State vs. Aguilar, No. 1370058; State vs. Allen, Nos. 1475254 & 1403306; State vs. Caplan, No. 1449686; State vs. Collins, No. 1468713; State vs. Cornelius, No. 1483722; State vs. Dornes, No. 1477372; State vs. Hastings, No. 1464287; State vs. Hornsby, Nos. 1455466, 1455467 & 1455768; State vs. Johnson, No. 1485392; State vs. Joyner, No. 1358039; State vs. Koch, No. 1473727; State vs. Landon, No. 1370845; State vs. Nuñez-Reyes, No. 1476299; State vs. Palmer, No. 1419391; State vs. Sanfelippo, No. 1479165; State vs. Simon, No. 1391357; State vs. Taylor, No. 1481280; State vs. Vallier, No. 1480767; State vs. Zumoff, No. 1485229;

III.

Counsel feels that if the additional time is granted, the Brief in this cause will be filed timely.

IV.

This is the first (1st) extension requested.

V.

This motion is urged at the first opportunity as appellant is indigent and

will suffer irremediable harm if it is not granted.

WHEREFORE, PREMISES CONSIDERED, appellant prays that this Honorable Court  grant this extension of time in which to file the Appellant's Brief until December 25, 2015.

Respectfully submitted,

*/s/ Allen C. Isbell*
ALLEN C. ISBELL
2016 Main St., Suite 110
Houston, Texas 77002
713/236-1000
Fax No. 713/236-1809
STATE BAR NO. 10431500
Email: allenisbell@sbcglobal.net

COUNSEL ON APPEAL

## Certificate of Service

I hereby certify that on this 23rd day of October, 2015, a true and correct copy of the foregoing motion was sent to the District Attorney's Office, Appellate Division, and to Mr. Calvin Balanda Remo, appellant.

*/s/ Allen C. Isbell*
ALLEN C. ISBELL

## Certificate of Compliance

The undersigned attorney on appeal certifies this motion is computer generated and consists of 602 words. Counsel is relying on the word count provided by the Word Perfect computer software used to prepare the motion.

/s/ Allen C. Isbell
ALLEN C. ISBELL